UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _*Chattanooga*_

_James Swann Sr._ )

_____ )

_____ )

(Enter above the NAME of the
plaintiff in this action.) )

v. )

_Michael Talley_ )

_Attorney at Law_ )

)

_____ )

(Enter above the NAME of each
defendant in this action.) )

FILED

DEC 13 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

2:21-cv-194
CLC/CRW

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  YES (✓) NO (  )

B.    If your answer to A is YES, describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to the previous lawsuit:

Plaintiffs: _James Swann_

Defendants: _District Attorney, India Swann, Kingsport Police Dpt, Antonio White_

1

2. COURT: (If federal court, name the district; if state court, name the county):

*Eastern District of Tennessee at Chattanooga*

3. DOCKET NUMBER: *1:21-CV-263-CLC-CHS*

4. Name of Judge to whom case was assigned: *Judge Collier*

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) *Pending*

6. Approximate date of filing lawsuit: *11/30/2021*

7. Approximate date of disposition: *N/A*

II. PLACE OF PRESENT CONFINEMENT: *Sullivan County Jail*

A. Is there a prisoner grievance procedure in this institution? YES ( ) NO (✓)

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (✓)

C. If your answer is YES,

   1. What steps did you take? _____

   _____

   2. What was the result? _____

   _____

D. If your answer to B is NO, explain why not: *Does not recognize Process*

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO (✓)

F. If your answer is YES,

   1. What steps did you take? _____

   _____

2

2. What was the result? _Does not handle legal matters_

## III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: _James Swann Sr._

Present address: _P.O. Box 610, Blountville, TN 37617_

Permanent home address: _P.O. Box 610 Blountville, TN 37617_

Address of nearest relative: _None_

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: _Michael Talley_

Official position: _Attorney at Law_

Place of employment: _Kingsport, TN   531 East Market St._

C. Additional defendants: _____

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

_Court appointed Michael Talley as my lawyer whom I am having to pay as well to preside as_

3

my counsel I am an Indigent individual and cannot afford his counsel. As well I have him stating on a recorded line that he does not want to abide by my wishes of summoning witnesses and individuals that would potentially help in my current case. He also stated it would have been better if I would have taken the states offer of 11/29. I told him that would not be possible for the state of my cancer and desperate need of treatment. I am not guilty of the charges against me and I'm not going to plea out to something I'm not guilty of. By his counsel he is looking and working with the State to get the quickest conviction and one less on his caseload. He does not have my best interest at hand nor is he protecting my rights. As well on this recorded line he refused to go before the judge for a bond reduction in my behalf. This conversation took place on 12/07/2021 at Sullivan County Jail. As well this lawyer stated he would want Plaintiff to go over his case. This statement was made in court on 11/18/2021 when he was appointed. He has made no effort towards this. I have to have ~~summons~~ money on my phone in order to even contact him. Which I only had $2 on my phone. ~~Which is now gone~~

## V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments.

Cite NO cases or statutes.)

I move this court and honor to have Mr. Michael Talley Attorney at Law disbarred and his license taken. Due to ineffective counsel, misrepresentation violation of rights, violation client confidentiality (speaking on an open recorded line), mental anguish, medical suffering, and punitive damages, I also seek the amount of $50,000.00 towards this settlement. As well I wish the

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____8th_____ day of _____December_____, 20_21_.

_____
Signature of plaintiff(s)

5

court and your honor to uphold my rights and protect them at all costs. I ask for a private hearing in your honors chamber. I ask to have jury trial in this matter as well I wish to have this expedited as soon as possible I move the court and clerk to have Michael Talley served with a summons before this by the U.S. Marshalls office. As well him to be served with a copy of this disposition. Defendants address is:

531 East Market St
Kingsport, TN 37660

Swann #75257-58??
P.O. Box 610
?????ville, TN 37617

THE WRITER IS A RESIDENT OF
A CORRECTIONAL FACILITY



X-RAYED

Legal

Eastern District of Tenn
Office of
Clerk, United States District Court
900 Georgia Ave, RM 309
Chattanooga, TN 37402

37402$2234  C003

Swann # 75257-58??
Box 610
????ville, TN 37417

X-RAYED

Legal

THE WRITER IS A RESIDENT OF
A CORRECTIONAL FACILITY

Eastern District of Tenn
Office of
Clerk, United States District Court
900 Georgia Ave, RM 309
Chattanooga, TN 37402

37402-223417